| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: Toyota Lease Trust | Order Filed on March 20, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No: <u>17-25200 KCF</u><br><br>Chapter: <u>13</u> |
| In Re:<br><br>Leisha Thompson,<br><br>     Debtor. | Judge: Kathryn C. Ferguson |

## CONSENT ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 20, 2019**

                                              Honorable Kathryn C. Ferguson
                                              United States Bankruptcy Judge

Page 2
Debtor:        Leisha Thompson
Case No.:      17-25200 KCF
Caption:       **CONSENT ORDER VACATING AUTOMATIC STAY**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Toyota Lease Trust, upon a consent order to vacate the automatic stay as to a 2016 LEXUS IS300 , VIN:JTHCM1D28G5005283, and with the consent of Marc C. Capone, Esq., counsel for the Debtor, Leisha Thompson,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to a 2016 LEXUS IS300 , VIN:JTHCM1D28G5005283 is hereby vacated; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall be permitted to use, sell, or exercise any other ownership rights with regard to the subject property.

I hereby agree and consent to the above terms and conditions:        Dated:   3/18/19

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR CREDITOR

I hereby agree and consent to the above terms and conditions:        Dated:   3/18/19

*/s/ Marc Capone*
MARC C. CAPONE, ESQ., ATTORNEY FOR DEBTOR