**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Leisha A. Thompson<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–8406<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–25200–MBK

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Leisha A. Thompson
    dba Thompson Therapy Group LLC

<u>8/24/22</u>

**By the court:** <u>Michael B. Kaplan</u>
                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Leisha A. Thompson  
    Debtor

Case No. 17-25200-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Aug 24, 2022      Form ID: 3180W      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Leisha A. Thompson, 294 Spruce Dr, Brick, NJ 08723-5946 |
| 516967583 | | Amex- Macy's, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 516967586 | | Capital One/Lord & Taylor, Attn.: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 517643468 | + | Carolina Colours Association, Inc., 503 W. Thurman Road, New Bern, NC 28562-7021 |
| 516967589 | | Maneri Law Firm, LLC, 30 Two Bridges Rd Ste 260, Fairfield, NJ 07004-1558 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 24 2022 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 24 2022 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517161974 | | Email/PDF: bncnotices@becket-lee.com | Aug 24 2022 21:01:50 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516967582 | | Email/PDF: bncnotices@becket-lee.com | Aug 24 2022 21:01:53 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 516967584 | | EDI: RMSC.COM | Aug 25 2022 00:48:00 | Banana Republic-SYNCB, PO Box 960017, Orlando, FL 32896-0017 |
| 517116598 | + | EDI: BANKAMER2.COM | Aug 25 2022 00:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516967585 | | EDI: BANKAMER.COM | Aug 25 2022 00:48:00 | Bank of America- AAA Card, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 517040228 | | Email/PDF: bncnotices@becket-lee.com | Aug 24 2022 21:12:17 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517183756 | + | EDI: BASSASSOC.COM | Aug 25 2022 00:48:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 517167947 | | EDI: Q3G.COM | Aug 25 2022 00:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516967587 | | EDI: JPMORGANCHASE | Aug 25 2022 00:48:00 | Chase Card, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850-5298 |
| 516967588 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 24 2022 20:57:00 | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 516967590 | | Email/Text: collectionbankruptcy@oceanfirst.com | Aug 24 2022 20:58:00 | Oceanfirst Bank, 975 Hooper Ave, Toms River, NJ 08753-8320 |
| 517137147 | | EDI: Q3G.COM | Aug 25 2022 00:48:00 | Quantum3 Group LLC as agent for, MOMA |

| | | | | |
|---|---|---|---|---|
| | | | | Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516972281 | + | EDI: RMSC.COM | Aug 25 2022 00:48:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516967591 | | EDI: RMSC.COM | Aug 25 2022 00:48:00 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 517058800 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 24 2022 20:57:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518302600 | | Email/PDF: bncnotices@becket-lee.com | Aug 24 2022 21:01:53 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516967592 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 24 2022 20:57:00 | Toyota Motor Credit Co-Lexus Financial, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 516967593 | | EDI: WFCCSBK | Aug 25 2022 00:48:00 | Wells Fargo Bank, MAC-F8235-02F, PO Box 10438, Des Moines, IA 50306-0438 |
| 517068258 | + | EDI: WFHOME | Aug 25 2022 00:48:00 | Wells Fargo Bank, N.A., POB 1629, Minneapolis, MN 55440-1629 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 26, 2022       Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Debtor Leisha A. Thompson ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Aug 24, 2022 | Form ID: 3180W | Total Noticed: 26

Rebecca Ann Solarz
    on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6